# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff(s),<br><br>v.<br><br>GREG GARITI,<br><br>   Defendant(s). | 2:09-CR-381 JCM (VCF) |

# ORDER

Presently before the court is the matter of *United States v. Gariti*, case no. 2:09-cr-381-JCM-VCF. The government has filed the instant motion to amend the judgment (doc. # 45) to which the defendant has responded (doc. # 46).

On April 14, 2014, this court entered judgment as to defendant Gregg Gariti pursuant to his guilty plea to count one of the indictment. (Doc. # 44). The final order of forfeiture entered March 14, 2014 (doc. # 43) was not attached to the judgment.

Fed. R. Crim. P. 32.2(b)(4)(B) provides that "[t]he court *must* also include the forfeiture order, directly or by reference, in the Judgment, but the court's failure to do so may be corrected at any time under Rule 36." (emphasis added). "[T]he court may at any time correct a clerical error in a judgment, order, or other part of the record, or correct an error in the record arising from oversight or omission." Fed. R. Crim. P. 36.

The government requests that the forfeiture order be attached to and included in an amended

**James C. Mahan**
**U.S. District Judge**

judgment as required by the rules.  The defendant has indicated he does not oppose this request.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the government's motion to amend (doc. # 45) be, and the same hereby is, GRANTED.  The clerk is instructed to re-file an amended judgment which contains the final order of forfeiture as an attachment.

DATED May 13, 2014.

_____
UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge

- 2 -